STATE of Missouri, Respondent,

v.

Allen J. WILLS, Appellant.

No. ED 83162.

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 21, 2004.

Amy M. Bartholow, Columbia, MO, for appellant.

Andrea Kaye Spillars, Evan J. Buchheim, Jefferson City, MO, for respondent.

Before MARY R. RUSSELL, P.J., WILLIAM H. CRANDALL, JR., J., and CLIFFORD H. AHRENS, J.

### ORDER

PER CURIAM.

Allen J. Wills appeals from a judgment entered upon a jury verdict finding him guilty of manufacturing a controlled substance, possession of methamphetamine paraphernalia, and possession of a controlled substance. He was sentenced as a prior drug offender to concurrent terms of four and five years for the possession counts to run consecutively with a 25 year sentence for the manufacturing count. We find no error and affirm.

No jurisprudential purpose would be served by a written opinion reciting the detailed facts and restating principles of law. The parties have been furnished with a memorandum opinion for their information only, which sets forth the facts and reasons for this order.

We affirm the judgment pursuant to Rule 30.25(b).